# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SUSAN MCGINNIS and<br>KEVIN HINDS<br><br>v.<br><br>TERRILL LANCE CARNES, et al. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:22-CV-858-S-BN |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case regarding Plaintiffs' Voluntary Non-Suit and Request for Dismissal. *See* ECF No. 25. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiffs' claims against Defendants will be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(2).

**SO ORDERED.**

SIGNED August 26, 2022.

_____
**UNITED STATES DISTRICT JUDGE**